UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHAN JOVEE,

                Plaintiff,

    v.

SNOHOMISH COUNTY, *et al.*,

                Defendants.

CASE NO. 2:21-cv-01590-RSM-JRC

ORDER TO CORRECT CLERICAL ERROR

This matter is before the Court *sua sponte*.

Plaintiff filed a notice of voluntary dismissal on January 31, 2022. *See* Dkt. 85. Fed. R. Civ. P. 41(a) generally provides that if a plaintiff requests a voluntary dismissal of claims against a defendant before that defendant has served an answer or a motion for summary judgment, the dismissal is self-executing and does not require a Court order. The dismissal is also self-executing if plaintiff and all parties who have appeared stipulate to the dismissal. But the dismissal requires a Court order to be effective, otherwise.

1        Here, certain defendants listed in the notice of dismissal have filed answers in this matter.

2   Yet, for reasons that appear to be attributable to a clerical mistake, these defendants have been

3   terminated from this matter without a Court order.

4        Therefore, pursuant to the Court's inherent authority to correct this error at any time

5   (with or without notice) (*see* Fed. R. Civ. P. 60(a)) and in order to efficiently resolve this matter,

6   the Court corrects the error as follows.  The Clerk's Office should update the docket to reflect

7   that defendants Appel, Bui, Everett District Court, Farris, Gibbs, Harness, Langbehn, Liebsack,

8   Meeker, Micheli, Moriarty, Nelson, Norris, Snohomish County, Snohomish County Superior

9   Court, Somers, Sullivan, Waggoner, Weiss, DeBlieck, Department of Social and Health

10  Services, Majors, Office of Administrative Hearings, and Shaha have *not* been terminated from

11  this action, as the notice of dismissal was not self-executing as related to defendants who have

12  already answered the complaint.  The notice of voluntary dismissal should also be noted as a

13  motion for the Court's consideration on **April 4, 2022**, inasmuch as it pertains to these

14  defendants.  *See* Dkt. 85.

15       Dated this 11th day of February, 2022.

16

17             J. Richard Creatura
           Chief United States Magistrate Judge

18

19

20

21

22

23

24

ORDER TO CORRECT CLERICAL ERROR - 2