1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| NATHAN JOVEE, | |
|---|---|
| Plaintiff, | CASE NO. 2:21-cv-01590-RSM-JRC |
| v. | ORDER GRANTING MOTIONS TO STAY DISCOVERY |
| SNOHOMISH COUNTY, *et al.*, | |
| Defendants. | |

This matter is before the Court on two motions to stay, which were filed by defendants who are various municipalities and state courts, state court commissioners and judges, and administrative workers (collectively, the "Snohomish County defendants") and by pro se defendant Meera Shin. Dkts. 63, 81. Other defendants have joined in the motions. Dkts. 64, 65, 68. Plaintiff has not filed an opposition to the requests.

These defendants request a stay of discovery in this matter until the Court rules on pending motions to dismiss. *See* Dkts. 61 (motion to dismiss noted February 4, 2022); Dkt. 66 (same); Dkt. 87 (motion to dismiss noted February 25, 2022); *see also* Dkt. 88 (motion to

1 | dismiss noted March 4, 2022).  The Court finds good cause and grants the request.  Discovery in
2 | this matter is stayed until the earlier of (1) a court order lifting the stay or (2) the District Court
3 | has issued an order resolving each of the pending motions to dismiss.  Dkts. 61, 66, 87, 88.
4 |     Dated this 11th day of February, 2022.

*/s/ J. Richard Creatura*

J. Richard Creatura
Chief United States Magistrate Judge