UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHAN JOVEE,

        Plaintiff,

    v.

SNOHOMISH COUNTY, *et al.*,

        Defendants.

CASE NO. 2:21-cv-01590-RSM-JRC

ORDER GRANTING EXTENSION AND *SUA SPONTE* RENOTING PENDING MOTIONS

    This matter is before the Court on plaintiff's motion for an extension of time to respond to defendant Ferguson's motion to dismiss. Dkt. 98; *see* Dkt. 87. Plaintiff has filed the response, and the Court grants the extension motion and accepts the response as timely filed. Dkt. 100. The Court rules on the motion for extension in advance of the noting date since a response would not be of assistance to the Court and since no response was timely filed.

    The Court notes that the motions and notices presently pending in this case include the following: defendants Appel, *et al.*'s motion to dismiss, noted February 4, 2022 (Dkt. 61); plaintiff's notice of voluntary dismissal of certain parties, noted April 4, 2022 (Dkt. 85);

defendant Ferguson's motion to dismiss, noted February 25, 2022 (Dkt. 87); defendant Shin's motion to dismiss, noted April 4, 2022 (Dkt. 88); defendants DeBlieck *et al.*'s motion to dismiss noted March 11, 2022 (Dkt. 96); and plaintiff's motion to amend the complaint, noted March 11, 2022 (Dkt. 102).

The Court has discretion to renote pending motions for judicial efficiency and docket management (*see* Local Civil Rule 7(l)), and the Court exercises its discretion to do so here.  The motions to dismiss and amend at dockets 61, 87, 88, 96, and 102 are all renoted for consideration on April 4, 2022, to correspond with the noting date for the notice of voluntary dismissal.  Except for the extension granted related to defendant Ferguson's motion, the briefing schedule for each motion remains unchanged.  The deadlines for responsive and reply briefs regarding those motions are based upon Local Civil Rule 7, as applied to the noting dates listed in the second paragraph of this Order.

Dated this 10th day of March, 2022.

*[signature]*

J. Richard Creatura
Chief United States Magistrate Judge