UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHAN JOVEE,

               Plaintiff,

    v.

SNOHOMISH COUNTY, *et al.*,

               Defendants.

CASE NO. 2:21-cv-01590-RSM-JRC

ORDER DENYING MOTION TO
AMEND COMPLAINT

This matter is before the Court on plaintiff's motion to amend the complaint.  Dkt. 102.

Plaintiff, who proceeds *pro se*, filed a motion to amend his complaint on February 24, 2022, after the Court struck plaintiff's second amended complaint because it was filed without defendants' written consent or the Court's permission.  *See* Dkt. 102.

A motion to amend a complaint must comply with applicable federal and local rules.  *See also* Fed. R. Civ. P. 15.  Specifically, Local Civil Rule 15 requires that—

> A party who moves for leave to amend a pleading, or who seeks to amend a pleading by stipulated motion and order, must attach a copy of the proposed amended pleading as an exhibit to the motion or stipulated motion. The party must indicate on the proposed amended pleading how it differs from the pleading that it

amends by bracketing or striking through the text to be deleted and underlining or highlighting the text to be added. The proposed amended pleading must not incorporate by reference any part of the preceding pleading, including exhibits.

Here, plaintiff has not complied with this rule. He has not filed a copy of the proposed amended pleading with indications of how it differs from the *pleading that it amends*. Instead, he filed a proposed amended pleading that showed differences between his proposed pleading and the second amended complaint, which the Court struck from the docket. The operative complaint is the amended complaint located at Dkt. 1-2. Plaintiff needed to show differences between his operative complaint and the currently proposed complaint. The Court will not comb through plaintiff's pleadings, which are lengthy, to identify the differences between his proposed and current complaints.

The motion to amend is denied.

Dated this 15th day of April, 2022.

J. Richard Creatura
Chief United States Magistrate Judge