UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHAN JOVEE,

           Plaintiff,

  v.

SNOHOMISH COUNTY, *et al.*,

           Defendants.

CASE NO. 2:21-cv-01590-RSM-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, Chief United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    The following four motions are denied as moot: a motion to seal (Dkt. 29); a motion to dismiss filed by the Snohomish County defendants (Dkt. 61); a motion to dismiss filed by defendant Meera Shin (Dkt. 88); and a motion to dismiss filed by the State defendants (Dkt. 96);

(3) The State and Snohomish County defendants and defendant Shin are terminated from this matter, leaving only defendant Ferguson;

(4) The notice of voluntary dismissal, which has been construed as a motion (Dkt. 85), is granted, as is the motion to correct clerical error (Dkt. 106);

(5) Defendant Ferguson's motion to dismiss is denied (Dkt. 87);

(6) The Court remands the remaining claims—which are solely against defendant Ferguson—to state court, specifically the Skagit County Superior Court. The case is closed. The Clerk shall mail a certified copy of this Order to the Clerk of the Superior Court for Skagit County in Washington State.

Copies of this Order shall be sent to plaintiff and to Judge Creatura.

DATED this 9th day of May, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE